intestate alleged to have occurred through defendant's negligence.

*Thomas D. Powell* for appellant.

*Horace O. Lanza*, *J. R. Borzilleri* and *Frank A. Miceli* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: EDWARD T. BARTLETT, VANN, WERNER and HISCOCK, JJ. Dissenting: CULLEN, Ch. J., GRAY and HAIGHT, JJ.

---

MARY M. C. WOODRUFF, as Administratrix of the Estate of JASON G. COOKE, Deceased, Appellant, *v.* THE PEOPLE'S BANK OF POTSDAM, Respondent.

*Woodruff* v. *People's Bank of Potsdam*, 126 App. Div. 939, affirmed.
(Argued January 15, 1909; decided January 29, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 14, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover estate funds alleged to have been used to pay an individual indebtedness of the administratrix.

*Hugh J. O'Brien* for appellant.

*Clarence S. Ferris* and *A. X. Parker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

ANNA F. RYAN, Respondent, *v.* JOHN J. HALLIGAN, as Executor of CATHERINE CLARK, Deceased, Appellant.

*Ryan* v. *Halligan*, 122 App. Div. 903, affirmed.
(Submitted January 15, 1909; decided January 29, 1909.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial depart-